**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR 06 100 T |
| | : | |
| **v.** | : | **Cr. No. 06-** |
| | : | |
| **KIMBERLY A. KIRKLAND** | : | |

**INFORMATION**

The United States Attorney charges:

**INTRODUCTION**

1. From on or about August 4, 2005, and continuing until on or about November 4, 2005, within the District of Rhode Island and elsewhere, the Defendant, KIMBERLY A. KIRKLAND, knowingly executed, and attempted to execute a scheme and artifice to defraud Citizens Bank, which was a federally-insured financial institution, and to obtain money under the custody and control of this financial institution, by means of false and fraudulent pretenses, representations, and promises.

**OBJECT OF THE SCHEME**

2. The object of this scheme was for the defendant to unlawfully obtain money by having fraudulent checks deposited into an account in her name at Citizens Bank and then withdrawing funds before the bank discovered that the checks were fraudulent.

**COUNT 1**

3. On or about August 30, 2005, Defendant executed the scheme and artifice as set forth above, in that she deposited a fraudulent United States Treasury check, number 394672917037, in

the amount of $40,000.00, into Citizens Bank account number 18640389.

**COUNT 2**

4. On or about November 11, 2005, Defendant executed the scheme and artifice to defraud as set forth above in that she deposited a fraudulent commercial check, number 99774, in the amount of $30,000.11 made out to "Greg Kirkland", into Citizens Bank account number 18640389.

All in violation of 18 U.S.C. § 1344.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
LUIS M. MATOS
Assistant U.S. Attorney

[signature]
DULCE DONOVAN
Assistant U.S. Attorney

9/19/06
DATE