CR 06 100 T

AO 257 (USAO REV. 6/99)

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
District of Rhode Island
Providence, Rhode Island

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DULCE DONOVAN

**DEFENDANT – U.S. vs.**

KIMBERLY A. KIRKLAND

Address

Birth Date

☐ Male ☑ Female ☐ Alien (if applicable)

Social Security Number

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

U.S. Secret Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Counts I and II - 18 U.S.C. § 1344 Bank Fraud

30 years imprisonment; $1,000,000 fine; $100 special assessment; 5 years supervised release

Estimated Trial Days: (3)

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)