AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

USA
v.
Kimberly Kirkland

**APPEARANCE**

Case Number: CR 06-100T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Kimberly Kirkland

I certify that I am admitted to practice in this court.

10-4-6
Date

Signature

KJ Fitzgerald
Print Name

5725
Bar Number

10 WEYBOSSET STREET
Address

| City | State | Zip Code |
|---|---|---|
| PROVIDENCE | RI | 02903 |

| Phone Number | Fax Number |
|---|---|
| (401) 528-4281 | (401) 528-4285 |