O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
KIMBERLY A. KIRKLAND

WAIVER OF INDICTMENT

CR 06 100 T

CASE NUMBER:

I, KIMBERLY A. KIRKLAND, the above named defendant, who is accused of

Bank Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10 - 4 - 6 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Kimberly A. Kirkland
Defendant

[signature]
Counsel for Defendant

Before David L. Martin
Judicial Officer
USMJ