UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0100T |
| | ) | |
| KIMBERLY KIRKLAND | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Kimberly Kirkland, the Defendant in the above captioned matter, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for March 9, 2007, for an additional sixty (60) days. Ms. Kirkland submits the attached memorandum in support of this request.

Respectfully submitted
Kimberly Kirkland
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Dulce Donovan, Assistant United States Attorney, and Kurt O'Sullivan, United States Probation, on February 26, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-0100T |
| | ) | |
| KIMBERLY KIRKLAND | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Ms. Kirkland has moved this Honorable Court to continue the sentencing in this matter currently scheduled for March 9, 2006, for an additional sixty (60) days. Ms. Kirkland states that the additional time is needed for the defense to complete the investigation necessary for sentencing. Ms. Kirkland faces sentencing as a first time offender with an advisory guideline range which includes a period of incarceration. Ms. Kirkland is a mother of four children; two of which suffer from serious medical and mental health issues. Her husband also suffers from these medical issues. Additionally, Ms. Kirkland suffers from her own medical problems. At present the defense is in the process of collecting information through interview and evaluation to present to the Court at sentencing in order to assist the Court in determining the appropriate sentence. The additional requested time will allow for the completion of the investigation in time for the Court to consider for sentencing.

Respectfully submitted
Kimberly Kirkland
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kimberly Kirkland, Assistant United States Attorney, and Kurt O'Sullivan, United States Probation on February 26, 2007.

/s/ Kevin J. Fitzgerald