UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0100T |
| | ) | |
| KIMBERLY KIRKLAND | ) | |

---

MOTION FOR DOWNWARD DEPARTURE

Now comes Kimberly Kirkland, the Defendant in the above captioned matter, and moves this Honorable Court to depart downward from the advisory sentencing range in the PSR pursuant to U.S.S.G. § 5H1.6 and § 5K2.20. Ms. Kirkland's family situation and needs as well as her aberrant conduct related to this offense clearly place her outside of the heartland of defendants before this court on similar charges, thus supporting a sentence representative of a downward departure.

Respectfully submitted
Kimberly Kirkland
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that the within was filed electronically with notification to Kurt O'Sullivan, United States Probation Officer, and Dulce Donovan, Assistant United States Attorney, on May 17, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0100T |
| | ) | |
| KIMBERLY KIRKLAND | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION FOR DOWNWARD DEPARTURE

Kimberly Kirkland has moved this Court to depart downward from the suggested guideline range for two reasons. First, her family responsibilities are uniquely compelling and clearly distinguish her from other defendants before this Court. U.S.S.G. § 5H1.6. Second, her criminal conduct here represents an aberrant chapter in her otherwise law abiding life. U.S.S.G. § 5K2.20. The Court may depart from the guidelines when the circumstances show the case to be atypical and outside the heartland of similar offenses. *United States v. Bogdan*, 284 F.3d 324, 327 (1st Cir. 2002); *United States v. Carrion-Cruz*, 92 F.3d 5, 6 (1st Cir. 1996). Ms. Kirkland clearly falls outside the heartland of defendants in similar cases.

I. Extraordinary Family Circumstances

The Court may depart downward based on the presence of extraordinary family circumstances. Those circumstances exist when the defendant-parent provides care and support which is simply irreplaceable, and incarceration would cause severe hardship to the family. *United States v. Roselli*, 366 F.3d 58, 68-69 (1st Cir. 2004). Ms. Kirkland's presence provides the emotional care, support, and management essential for the sustained existence of her family.

Without her presence, even for a short period of time, the prospects for her children and husband greatly diminish. There are no viable alternatives for the care and support of her family, most particularly Mr. Kirkland and Zachary. Ms. Kirkland clearly presents a situation outside the heartland of like cases.

II. Aberrant Behavior

The advisory sentencing guidelines provide for downward departures based on criminal conduct clearly outside the normal character of the defendant. U.S.S.G. § 5K2.20. The guidelines require the conduct to be based in a single occurrence of limited duration, devoid of significant planning, and contrary to an otherwise law-abiding life. *Id.* The guideline also disqualifies a defendant if the conviction involved firearms, drug trafficking, serious bodily injury or death, or if the defendant has a prior criminal record. *Id.* Ms. Kirkland's conduct here can be characterized as aberrant within the guideline's definition. Ms. Kirkland cashed two fraudulent checks in a two month period. She did not manufacture the checks, nor does she have the means to create such elaborate forgeries, and her conduct did not represent any significant planning on her part. In fact, if Ms. Kirkland had stopped to think about what she was doing she likely would have reverted to her normal law-abiding behavior. Overall, the Court must consider that Ms. Kirkland has never been in trouble before and despite committing this fairly serious offense, her conduct was clearly outside her normal character.

Respectfully submitted
Kimberly Kirkland
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that the within was filed electronically with notification to Kurt O'Sullivan, United States Probation Officer, and Dulce Donovan, Assistant United States Attorney, on May 17, 2007.

/s/ Kevin J. Fitzgerald